IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| THOMAS H. WARE, MARIE WILLS, and ENVIRONBUILD, INC., an Alabama corporation, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| vs | ) ) | CIVIL ACTION NO. 97-RRA-3064-S |
| DRAVO LIME COMPANY, a Delaware Corporation, | ) ) ) | |
| Defendant. | ) | |

## MEMORANDUM OF OPINION

The court has considered the entire file in this action, together with the magistrate judge's report and recommendation, to which no objections have been filed, and has reached an independent conclusion that the said report and recommendation is due to be adopted and approved. The court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court. In accord with the recommendation, this action is due to be dismissed for lack of subject matter jurisdiction. An appropriate order will be entered.

DONE, this 28th day of June, 2000.

_____
H. DEAN BUTTRAM, JR.,
UNITED STATES DISTRICT JUDGE